IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-01739-WDM-MJW

Electronic Analysis & Repair, LLC and Gene Koonce

Plaintiffs,

v.

The Rife Store, LLC

Defendant.

## ORDER GRANTING PLAINTIFFS' EMERGENCY MOTION TO VACATE SCHEDULING CONFERENCE OR, IN THE ALTERNATIVE, ALLOW PLAINTIFFS' COUNSEL TO APPEAR BY TELEPHONE (Docket No. 24)

THIS MATTER comes before the Court upon Plaintiffs' Emergency Motion to Vacate the Scheduling Conference or, in the Alternative, Allow Plaintiffs' Counsel to Appear by Telephone. The Court having reviewed the Motion finds that the Motion should be, and hereby is, GRANTED.

IT IS THEREFORE ORDERED that the Scheduling Conference set for February 1, 2006 is hereby vacated ~~until further notice of the Court.~~ And reset to March 3, 2006 at 9:30 am. OR the scheduling order shall be submitted on or before February 27, 2006.

~~IT IS THEREFORE ORDERED that the Scheduling Conference shall continue as scheduled and the Court will allow Plaintiffs' Counsel to appear by telephone.~~

DATED: January 30, 2006

BY THE COURT:

_/s/ Michael J. Watanabe_
~~District Court Judge/~~Magistrate
MICHAEL J. WATANABE
U.S. MAGISTRATE JUDGE