**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

**JUDGE WALKER D. MILLER**

**COURTROOM MINUTES**

Courtroom Deputy: Kathy Preuitt-Parks  Date: November 3, 2006
Court Reporter: Janet Coppock  Time: 51 minutes

**CASE NO.   05-cv-01739-WDM-MJW**

Parties                                              Counsel

**ELECTRONICS ANALYSIS & REPAIR,**    Erik Fischer
**et al,**

            Plaintiffs,

vs.

**THE RIFLE STORE, LLC.,**

            Defendant.

**HEARING ON MOTION FOR DEFAULT JUDGMENT**

**9:07 a.m.    COURT IN SESSION**

APPEARANCES OF COUNSEL.  Plaintiff Gene Koonce is present.

Court realizes that it has been a customer of the plaintiff in the past, with the installation of a direct way system and does know the plaintiff, Mr. Koonce.

Mr. Fischer advises that this case relates to a health related product and that the

plaintiff discontinued the satellite portion of his business 4-5 years ago.

Page Two
05-cv-01739-WDM-MJW
November 3, 2006

Mr. Fischer further advises that the plaintiff has no objection to proceeding before this Court.

Comments by the Court.

The record should reflect that Judge Miller has done business with the plaintiff and there might be an issue on whether or not his impartiality could be questioned.

Court will take a brief recess.

**9:15 a.m.**     **COURT IN RECESS**

**9:30 p.m.**     **COURT IN SESSION**

Court states its findings and concludes it can find any way that would allow one to conclude that its impartiality could be reasonably questioned and it will not recuse itself.

The record should further reflect that the Court is unaware of any personal relationship with the plaintiff, Mr. Koonce besides what has been stated for the record and has no financial interest in this case.

Discussion regarding service.

Mr. Fischer gives the Court a status of plaintiffs' attempts to make service on the defendant.

Court concludes that there has been service and the service was initially made in December, 2005 in accordance with the Washington rule, 4A.2080.

**9:52 a.m.**     Cross examination of plaintiff Gene Koonce by Mr. Fischer.

**10:02 a.m.**    Questions to the witness by the Court.

Witness excused.

**10:06 a.m.**    Argument by Mr. Fischer.  Questions by the Court.

Court states its findings and conclusions.

Page Three
05-cv-01739-WDM-MJW
November 3, 2006

Discussion regarding damages.

**ORDERED:**  Default Judgment shall enter.  Counsel shall prepare a detailed order which complies with Rule 65 and is applicable not only to The Rifle Store, but all those connected to The Rifle Store and provide suggested language for maintaining jurisdiction and ordering the defendant to provide an accounting of its sales of the particular machine in question that he believes is the unfairly competing machine by November 13, 2006.

**10:13 a.m.    COURT IN RECESS**

**Total in court time:         51 minutes**

**Hearing concluded**