IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Walker D. Miller

Civil Action No. 05-cv-01739-WDM-MJW

ELECTRONIC ANALYSIS & REPAIR, LLC AND
GENE KOONCE

      Plaintiffs,

v.

THE RIFE STORE, LLC.,

      Defendant.

---

## NOTICE OF DISMISSAL

---

The court takes notice of Plaintiff's Notice of Dismissal in accordance with Fed. R. Civ. P. 41(a)(1)(i).  Accordingly, this case is dismissed without prejudice, each party to pay his or its own costs and attorneys' fees.

DATED at Denver, Colorado, on July 26, 2011.

BY THE COURT:

s/ Walker D. Miller
United States Senior District Judge

PDF FINAL